UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| NICOLE WILSON & BRENDEN WILSON,<br><br>　　　　　　　　　　*Plaintiffs,*<br><br>v.<br><br>ADMIN RECOVERY, LLC & TD BANK, N.A.,<br><br>　　　　　　　　　　*Defendants.* | STIPULATION OF DISMISSAL WITH PREJUDICE AND ON THE MERITS<br><br>Civil Action No.<br>3:11-cv-01004-CSH |

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiffs and Defendants, in the above-entitled action, that whereas neither the Plaintiffs nor the Defendants are an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, dismissed with prejudice and on the merits, without costs or fees to either Plaintiff or Defendant as against the other. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stated that the terms of this Stipulation involves a full settlement of any and all claims, counterclaims, cross-claims, and third-party claims for good and mutual consideration exchanged among the parties, including mutual releases. This Stipulation may be filed without further notice with the Clerk of the Court.

**DATED:** September [~~August 22~~], 2011

CONSUMER LAW GROUP, LLC

By: _____
　　Daniel S. Blinn
*Attorneys for Plaintiffs*
35 Cold Spring Road, suite 512
Rocky Hill, CT 06067
Telephone: (860) 571-0408

COHN BIRNBAUM & SHEA, P.C.

By: _____
　　Thomas Witherington
*Attorneys for Defendant*
*TD Bank, N.A.*
100 Pearl Street
Hartford, CT 06103
Telephone: (860) 493-2200

HISCOCK & BARCLAY, LLP

By: _____
　　John P. Gaughan
*Attorneys for Defendant*
*Admin Recovery, LLC*
1100 M&T Center
Three Fountain Plaza
Buffalo, NY 14203
Telephone: (716) 566-1300

5520078.1